IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| CHRISTOPHER CLINGINGSMITH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 11-4037 |
| BALLARD ET AL. | ) Judge Sara Darrow |
| Defendants. | ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to a Settlement Agreement entered into between the parties, Plaintiff Christopher Clingingsmith and Defendant Wexford Health Sources Inc., by their respective counsel and pursuant to Fed.R.Civ.P. 41(a), hereby stipulate to the dismissal, with prejudice, in this action of Defendant Wexford Health Sources Inc. with each party to bear his, her or its own costs, expenses and attorneys' fees. The action shall continue to proceed against the remaining Defendants Ballard, McColl, Lindley, Ryan and Sundeen.

Dated: January 15, 2014

Respectfully Submitted,

/s/ Whitney L. Becker
Whitney L. Becker
Mark J. Nomellini
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Plaintiff Christopher Clingingsmith*

KE 29010601.1

      /s/ Andrew Ramage
Andrew M Ramage
HINSHAW & CULBERTSON
Suite 200
400 S Ninth Street
Springfield, IL 62701
217-528-7375
Fax: 217-528-0075
aramage@hinshawlaw.com

Adam Scott Guetzow
HINSHAW & CULBERTSON LLP
Suite 300
222 N LaSalle Street
Chicago, IL 60601-1081
312-704-3129
Fax: 312-704-3001
aguetzow@hinshawlaw.com

Douglass Bitner
Heyl Royster Voelker & Allen
3731 Wabash Ave.
Springfield, IL 62711
Phone: 217 522-8822
Fax: 217-523-3902

*Attorneys for Wexford Health Services Inc.*

**IT IS HEREBY SO ORDERED.**

DATED: _____    _____
                                                     The Hon. Sara Darrow
                                                     United States District Judge

KE 29010601.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE was filed electronically on this 15th day of January 2014, and will, therefore, be served electronically upon:

Andrew M Ramage
HINSHAW & CULBERTSON
Suite 200
400 S Ninth Street
Springfield, IL 62701
217-528-7375
Fax: 217-528-0075
aramage@hinshawlaw.com

Adam Scott Guetzow
HINSHAW & CULBERTSON LLP
Suite 300
222 N LaSalle Street
Chicago, IL 60601-1081
312-704-3129
Fax: 312-704-3001
aguetzow@hinshawlaw.com
*Attorney for Defendant Wexford Health Sources Inc.*

Douglass Bitner
Heyl Royster Voelker & Allen
3731 Wabash Ave.
Springfield, IL 62711
217-522-8822
Fax: 217-523-3902

Jennifer Lutzke
OFFICE OF THE ILLINOIS ATTORNEY GENERAL STATE OF ILLINOIS
500 South Second Street
Springfield, IL 62706
217-782-9026
jlutzke@atg.state.il.us
*Attorney for Defendants Sundeen, McCall, Ballard, Lindley and Ryan*

Dated: January 15, 2014

*/s/ Whitney L. Becker*
*Counsel for Plaintiff Christopher Clingingsmith*

KE 29010601.1